THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW V. MARTINI, <br><br>         Plaintiff, <br><br>   v. <br><br> GREATBANC TRUST COMPANY, an Illinois corporation, AS TRUSTEE OF THE EMPRES HEALTHCARE GROUP INC. EMPLOYEE STOCK OWNERSHIP TRUST, <br><br>         Defendant. | No. 3:21-cv-05478-MJP <br><br> STIPULATED MOTION TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND ORDER <br><br> NOTE ON MOTION CALENDAR: <br> August 24, 2021 |

## I.  STIPULATION

The parties stipulate and move for an extension of the deadline for Defendant's responsive pleading to September 27, 2021.  Good cause exists for this requested extension as the parties have reached a settlement in principle and need time to document the settlement.  *See* Fed. R. Civ. P. 6(b)(1)(A).

DATED this 24th day of August, 2021.

JACKSON LEWIS P.C.

 */s/ Jonathan M. Minear*
Jonathan M. Minear, WSBA #41377
Jonathan.Minear@jacksonlewis.com
Counsel for Defendant GreatBanc Trust Company

STIPULATED MOTION TO EXTEND DEFENDANT'S RESPONSIVE
PLEADING DEADLINE AND ORDER - 1
(Case No. 3:21-cv-05478-MJP)

1

2
FARLEIGH WADA WITT

3
  /s/ Kimberley Hanks McGair
Kimberley Hanks McGair, WSBA #30063

4
kmcgair@fwwlaw.com
Counsel for Plaintiff Andrew Martini

5

6
**II.      ORDER**

7
After considering the parties' stipulation above, IT IS SO ORDERED that the deadline

8
for the filing of Defendant's responsive pleading is September 27, 2021.

9

10
DATED this 27th day of August, 2021.

11

12

13

14
MARSHA J. PECHMAN
United States Senior District Judge

15
*Presented by*

16
JACKSON LEWIS P.C.

17
  /s/ Jonathan M. Minear

18
Jonathan M. Minear, WSBA #41377
Jonathan.Minear@jacksonlewis.com

19
Counsel for Defendant GreatBanc Trust Company

20

21
FARLEIGH WADA WITT

22
  /s/ Kimberley Hanks McGair
Kimberley Hanks McGair, WSBA #30063

23
kmcgair@fwwlaw.com
Counsel for Plaintiff Andrew Martini

24

25

26

27

28

STIPULATED MOTION TO EXTEND DEFENDANT'S RESPONSIVE
PLEADING DEADLINE AND ORDER - 2
(Case No. 3:21-cv-05478-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404